**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/26/2017

IN RE:

RAMON L. NELSON
LYNN NELSON
5204 COBBLESTONE DRIVE
WASHINGTON, PA 15301
XXX-XX-6069          Debtor(s)

XXX-XX-9652

Case No.14-21354 GLT

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/26/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 1   INT %: 5.00%<br>Court Claim Number: 2<br>CLAIM: 31,995.46<br>COMMENT: $CL-PL@5%@MDF/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0651 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*16201.68/CL*DK | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4457 |
| **LVNV FUNDING**<br>20 NORTH KEYSER AVE<br>SCRANTON, PA 18504 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*JUDGMENT*RS/DOE | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: ...1564 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=230044.98*RS/DOE | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5059 |
| **NORTH FAYETTE TOWNSHIP (TRASH)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=390.15*DKT!*RS/DOE | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 590-L-15;12,13 |
| **NORTH FAYETTE TOWNSHIP**<br>ATTN: SEWAGE DEPT<br>400 NORTH BRANCH ROAD<br>OAKDALE, PA 15071 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*RS/DOE | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: ...0071 : 12 |
| **WELLS FARGO BANK DBA WELLS FARGO DEAL**<br>PO BOX 25341<br>SANTA ANA, CA 92799 | Trustee Claim Number: 7   INT %: 5.00%<br>Court Claim Number: 3<br>CLAIM: 24,538.48<br>COMMENT: $CL-PL@5%@MDF/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6183 |
| **W ALLEG COUNTY MUNIC AUTHORITY**<br>403 VIRGINIA DRIVE<br>OAKDALE, PA 15071 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*MUNIC LIEN? | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: ...0480 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 6,619.14<br>COMMENT: $CL-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...6069 |
| **WEST ALLEGHENY SD/N FAYETTE TWP (EIT)**<br>C/O JORDAN TAX SVC-DLNQ CLTR**<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,181.32<br>COMMENT: 18991.34/CL-PL*PIF/ATTY-CRED | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2026/1326;06-14 |

| Creditor | Trustee Claim | Court Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ADT SECURITY SVCS++**<br>14200 E EXPOSITION AVE<br>AURORA, CO  80012 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4971 |
| **AMERIFIRST HOME IMPROVEMENT FINANCE***<br>11171 MILL VALLEY RD<br>OMAHA, NE  68154 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9940 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,694.63<br>COMMENT: 8979/SCH*APPLIED BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8892 |
| **ARROW FINANCIAL SERVICES++**<br>1999 GREENSBURG RD<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6424 |
| **BERKS CREDIT & COLLECTIONS INC***<br>PO BOX 329<br>TEMPLE, PA  19560 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9715 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4155 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3706 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 300.00<br>COMMENT: CAP ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4772 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3706 |
| **CASHCALL INC(*)**<br>1 CITY BLVD WEST - STE 102<br>ORANGE, CA  92868 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2384 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COLLECTION BUREAU OF AMERICA**<br>25954 EDEN LANDING RD<br>HAYWARD, CA  94545-3816 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  COMCAST | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...8472 |
| **CBCS++**<br>POB 69<br>COLUMBUS, OH  43216 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*APPLIED BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...8892 |
| **COLLECTION SERVICE CENTER INC**<br>- CORPORATE OFFICE -<br>832 5TH AVE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **COLLECTION SERVICE CENTER INC**<br>- CORPORATE OFFICE -<br>832 5TH AVE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  ALLEGHENY GEN HOSP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:19 | CLAIM:  1,375.04<br>COMMENT:  VALUE CITY FURN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6027 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:23 | CLAIM:  1,373.84<br>COMMENT:  1564/SCH*CREDIT ONE*MHC RECEIVABLES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9184 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:9 | CLAIM:  510.00<br>COMMENT:  8738/SCH*OPHRYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8205 |
| **EHRLICH PEST CONTROL**<br>POB 13848<br>READING, PA  19612 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...8780 |
| **FEDERAL DIVERSIFIED SVCS++**<br>4405 S 96TH ST<br>OMAHA, NE  68127 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9940 |
| **FIRST ENERGY/PA ELECTRIC CO/GPU**<br>ATTN: REVENUE ASSURANCE*<br>POB 16001*<br>READING, PA  19612-6001 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...2014 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 872.99<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9262 |
| **CAPITAL RECOVERY V LLC**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 78.58<br>COMMENT: WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8951 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 753.42<br>COMMENT: AMAZON/GE CAP RB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7245 |
| **AMAZON CREDIT CARD**<br>POB 15153<br>WILMINGTON, DE 19886 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2745 |
| **HSBC BANK USA++**<br>POB 5213<br>CAROL STREAM, IL 60197 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3706 |
| **JPMORGAN CHASE BANK**<br>ATTN BANKRUPTCY PAYMENT PRCSNG<br>3415 VISION DR<br>COLUMBUS, OH 43219 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5392 |
| **KLINGENSMITH HEALTH CARE**<br>POB 151<br>FORD CITY, PA 16226 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2206 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 122.81<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8564 |
| **LITTON LOAN SERVICING**<br>ATTN: BANKRUPTCY<br>4828 LOOP CENTRAL DR<br>HOUSTON, TX 77081 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **LITTON LOAN SERVICING**<br>ATTN: BANKRUPTCY<br>4828 LOOP CENTRAL DR<br>HOUSTON, TX 77081 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH\*DFNCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1317 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **LTS MANAGEMENT SERVICES**<br>2207 CONCORD PIKE #250<br>WILMINGTON, DE 19803 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8023 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 577.23<br>COMMENT: 6352/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9429 |
| **MYCASHNOW.COM++**<br>4700 ROSSVILLE BLVD<br>CHATTANOOGA, PA 37407 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*DTE ENERGY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0019 |
| **US DEPARTMENT OF EDUCATION**<br>POB 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 26,924.08<br>COMMENT: 2257/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9652 |
| **NORTHLAND GROUP INC**<br>7831 GLENROY RD STE 350<br>EDINA, MN 55439-3133 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2686 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,020.00<br>COMMENT: ONLINE ADVANCE/OPHRYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6069 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PAYDAY MAX**<br>STE 201<br>15225 THRIFT AVE<br>WHITE ROCK<br>BRITISH COLUMBIA V4B2K9 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN: BANKRUPTCY DEPARTMENT<br>225 NORTH SHORE DRIVE STE 300<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2222 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  33,479.64<br>COMMENT:  2142/SCH*FR PHEAA-DOC 50 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9652 |
| **PLAIN GREEN LLC++**<br>ATTN: CUSTOMER SUPPORT<br>93 MACK RD STE 600 POB 255<br>BOX ELDER, MT  59521 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...7626 |
| **RECEIVABLE MANAGEMENT SERVICES++**<br>4836 BRECKSVILLE RD<br>POB 509<br>RICHFIELD, OH  44286 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...34AA |
| **SCOTTS LAWN SERVICE**<br>POB 742585<br>CINCINNATI, OH  45274 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...7862 |
| **SGQ LTD**<br>POB 229<br>MARGARETVILLE, NY  12455 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:56  INT %:  5.00%<br>Court Claim Number:10<br>CLAIM:  2,600.02<br>COMMENT:  $CL-PL@5%@MDF/PL*UNS/SCH*PIF/CR/LTR | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0611 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPMC TUTION BENEFIT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6311 |
| **US NATIONAL BANK**<br>112 S CHESTNUT ST<br>DERRY, PA  15627 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*DFNCY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **VERIZON**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO  63304 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9005 |
| **GEMB/WALMART DC++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...4132 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:61  INT %:  0.00% <br> Court Claim Number:5 <br> CLAIM:  1,477.64 <br> COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: ...6069 |
| **JEFFREY R HUNT ESQ** <br> GOEHRING ET AL <br> 437 GRANT ST 14TH FL <br> PITTSBURGH, PA  15219-6107 | Trustee Claim Number:62  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  W ALLEGH SD/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **CERASTES LLC** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA  98124-3978 | Trustee Claim Number:63  INT %:  0.00% <br> Court Claim Number:8 <br> CLAIM:  480.00 <br> COMMENT:  NT/SCH*BMG*OPHRYS | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7205 |
| **ANDREW F GORNALL ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number:64  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  LAKEVIEW LOAN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.:  5059 |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:65  INT %:  0.00% <br> Court Claim Number:13 <br> CLAIM:  0.00 <br> COMMENT:  CL FILED ON WRONG CASE*CL @ 104.28 W/DRAWN-DOC 27, 28 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  374-P-260;14 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> ATTN TRUSTEE PAYMENT CTR <br> PO BOX 1288 <br> BUFFALO, NY  14240-1288 | Trustee Claim Number:66  INT %:  0.00% <br> Court Claim Number:24 <br> CLAIM:  0.00 <br> COMMENT:  RS/DOE*SURR/PL*CL=565*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/4 | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  5059 |
| **WEST PENN POWER**** <br> 1310 FAIRMONT AVE <br> FAIRMONT, WV  26554 | Trustee Claim Number:67  INT %:  0.00% <br> Court Claim Number:17 <br> CLAIM:  689.77 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0214 |