**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RAMON L. NELSON<br>LYNN NELSON | Case No. 14-21354GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CAPITAL RECOVERY V LLC++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The claimant's mail is being returned as undeliverable. No change of address has been received. The trustee has been informed that the loan may have been sold to PRA Receivables Management. No transfer of claim has been filed.

| | |
|---|---|
| CAPITAL RECOVERY V LLC++<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Court claim# 18/Trustee CID# 32 |

The Movant further certifies that on 11/29/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>       original creditor<br>       putative creditor<br>       counsel for debtor(s)<br>       counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>RAMON L. NELSON, LYNN NELSON,<br>5204 COBBLESTONE DRIVE,<br>WASHINGTON, PA  15301 | DEBTOR'S COUNSEL:<br>CHRISTOPHER M FRYE ESQ, STEIDL<br>& STEINBERG, GULF TOWER STE<br>2830, 707 GRANT ST, PITTSBURGH,<br>PA  15219 |
| ORIGINAL CREDITOR:<br>CAPITAL RECOVERY V LLC++, C/O<br>RECOVERY MANAGEMENT SYSTEMS<br>CORP, 25 SE 2ND AVE STE 1120,<br>MIAMI, FL  33131-1605<br><br>NEW CREDITOR: | :<br>PRA RECEIVABLES MANAGEMENT<br>LLC, ATTN BANKRUPTCY DEPT, 5425<br>ROBIN HOOD RD STE 201,<br>NORFOLK, VA  23513 |