**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/25/19 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  RAMON L. NELSON
  LYNN NELSON
        Debtor(s)
  Ronda J. Winnecour, Trustee
        Movant
        vs.
  RAMON L. NELSON
  LYNN NELSON

        Respondents

Case No. 14-21354GLT

Chapter 13

Document No. 60

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __25th__ day of __April__, 20__19__, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Parcel Service Inc
Attn: Payroll Manager
55 Glenlake Parkway North East
Atlanta, GA 30328

is hereby ordered to immediately terminate the attachment of the wages of RAMON L. NELSON, social security number XXX-XX-6069. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RAMON L. NELSON.

Dated: 4/25/19

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc
  Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21354-GLT
Ramon L. Nelson                                                           Chapter 13
Lynn Nelson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                    Page 1 of 1                Date Rcvd: Apr 25, 2019
                                  Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db          #+Ramon L. Nelson,    5204 Cobblestone Drive,   Washington, PA 15301-7767
jdb         #+Lynn Nelson,    5204 Cobblestone Drive,   Washington, PA 15301-7767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor Lynn  Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Ramon L. Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9