IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ramon L. Nelson | ) | Case No. 14-21354 |
| Lynn Nelson, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Docket No |
| Ramon L. Nelson | ) | |
| Lynn Nelson, | ) | |
|     Movant(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondents(s) | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

5204 Cobblestone Drive
Washington, PA 15301

New Address:

107 Dempe Street
McDonald, PA 15057

                                  Respectfully submitted,

June 3, 2019                    /s/ Christopher M. Frye
DATE                            Christopher M. Frye, Esquire
                                  Attorney for the Debtor(s)
                                  STEIDL & STEINBERG
                                  Suite 2830 – Gulf Tower
                                  707 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 391-8000
                                  chris.frye@steidl-steinberg.com
                                  PA I.D. No. 208402