IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
) Case No. 14-21354 GLT
Ramon L. Nelson ) Chapter 13
Lynn Nelson, )
    *Debtor(s)* ) Docket No.
)
)
Ramon L. Nelson )
Lynn Nelson, )
    *Movant(s)* )
)
*No Respondent(s)* )

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 17, 2019 at docket number 58 and 59, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                             Respectfully submitted,

June 10, 2019                                    /s/ Christopher M. Frye\_\_\_
DATE                                                Christopher M. Frye, Esquire
                                                       Attorney for the Debtor(s)

                                                       STEIDL & STEINBERG
                                                     Suite 2830 – Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA  15219
                                                     (412) 391-8000
                                                     chris.frye@steidl-steinberg.com
                                                     PA I.D. No. 208402