**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RAMON L. NELSON                            Case No.:14-21354
    LYNN NELSON
            Debtor(s)                    Chapter 13

    Ronda J. Winnecour                   Document No.:
     Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/04/2014  and confirmed on 5/23/14 .  The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 127,210.00 |
| Less Refunds to Debtor | 2,914.69 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,295.31 |

| | | |
|---|---|---:|
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,900.00 | |
|   Trustee Fee | 5,220.06 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,120.06 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5059 | | | | |
|   LVNV FUNDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1564 | | | | |
|   NORTH FAYETTE TOWNSHIP (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX2,13 | | | | |
|   NORTH FAYETTE TOWNSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX: 12 | | | | |
|   W ALLEG COUNTY MUNIC AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0480 | | | | |
|   SPRINGLEAF FINANCIAL SERVICES INC( | 2,600.02 | 2,600.02 | 154.42 | 2,754.44 |
|     Acct: 0611 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX0;14 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 31,995.46 | 31,995.46 | 4,247.16 | 36,242.62 |
|     Acct: 0651 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4457 | | | | |
|   WELLS FARGO BANK DBA WELLS FARG( | 24,538.48 | 24,538.48 | 3,209.87 | 27,748.35 |
|     Acct: 6183 | | | | |
| | | | | 66,745.41 |
| Priority | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAMON L. NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAMON L. NELSON | 2,914.69 | 2,914.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 500.00 | 500.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-19 | | | | |
| INTERNAL REVENUE SERVICE* | 6,619.14 | 6,619.14 | 0.00 | 6,619.14 |
| Acct: 6069 | | | | |
| WEST ALLEGHENY SD/N FAYETTE TWP | 4,181.32 | 4,181.32 | 0.00 | 4,181.32 |
| Acct: XXXXXXXXXXX6-14 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5059 | | | | |
| CLERK, U S BANKRUPTCY COURT | 41.22 | 41.22 | 0.00 | 41.22 |
| Acct: XXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 10,841.68 |
| **Unsecured** | | | | |
| ADT SECURITY SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4971 | | | | |
| AMERIFIRST HOME IMPROVEMENT FINA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9940 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 1,694.63 | 889.00 | 0.00 | 889.00 |
| Acct: 8892 | | | | |
| ARROW FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6424 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9715 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4155 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3706 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 300.00 | 157.38 | 0.00 | 157.38 |
| Acct: 4772 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3706 | | | | |
| CASHCALL INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2384 | | | | |
| COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8472 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8892 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,375.04 | 721.35 | 0.00 | 721.35 |
| Acct: 6027 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,373.84 | 720.72 | 0.00 | 720.72 |
| Acct: 9184 | | | | |
| CERASTES LLC | 510.00 | 267.55 | 0.00 | 267.55 |
| Acct: 8205 | | | | |
| EHRLICH PEST CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8780 | | | | |
| FEDERAL DIVERSIFIED SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9940 | | | | |
| FIRST ENERGY/PA ELECTRIC CO/GPU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2014 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 872.99 | 457.97 | 0.00 | 457.97 |
| Acct: 9262 | | | | |
| CAPITAL RECOVERY V LLC++ | 78.58 | 0.00 | 0.00 | 0.00 |
| Acct: 8951 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 753.42 | 395.24 | 0.00 | 395.24 |
| Acct: 7245 | | | | |
| AMAZON CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2745 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3706 | | | | |
| JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5392 | | | | |
| KLINGENSMITH HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2206 | | | | |
| CAPITAL ONE NA** | 122.81 | 64.43 | 0.00 | 64.43 |
| Acct: 8564 | | | | |
| LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1317 | | | | |
| LTS MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8023 | | | | |
| MERRICK BANK | 577.23 | 302.81 | 0.00 | 302.81 |
| Acct: 9429 | | | | |
| MYCASHNOW.COM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0019 | | | | |
| US DEPARTMENT OF EDUCATION | 26,924.08 | 14,124.37 | 0.00 | 14,124.37 |
| Acct: 9652 | | | | |
| NORTHLAND GROUP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2686 | | | | |
| CERASTES LLC | 1,020.00 | 535.09 | 0.00 | 535.09 |
| Acct: 6069 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PAYDAY MAX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2222 | | | | |
| ECMC(*) | 33,479.64 | 17,563.42 | 0.00 | 17,563.42 |
| Acct: 9652 | | | | |
| PLAIN GREEN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7626 | | | | |
| RECEIVABLE MANAGEMENT SERVICES+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 34AA | | | | |
| SCOTTS LAWN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7862 | | | | |
| SGQ LTD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6311 | | | | |
| US NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9005 | | | | |
| GEMB/WALMART DC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4132 | | | | |
| INTERNAL REVENUE SERVICE* | 1,477.64 | 775.17 | 0.00 | 775.17 |
| Acct: 6069 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CERASTES LLC | 480.00 | 251.81 | 0.00 | 251.81 |
| Acct: 7205 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5059 | | | | |
| WEST PENN POWER* | 689.77 | 361.85 | 0.00 | 361.85 |
| Acct: 0214 | | | | |

14-21354

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 37,588.16 |

TOTAL PAID TO CREDITORS                                                                    115,175.25

TOTAL
CLAIMED        10,841.68
PRIORITY       59,133.96
SECURED        71,729.67

Date: 07/29/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RAMON L. NELSON
    LYNN NELSON
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:14-21354

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-21354-GLT
Ramon L. Nelson                                                     Chapter 13
Lynn Nelson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 3          Date Rcvd: Jul 30, 2019
                              Form ID: pdf900     Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db/jdb         +Ramon L. Nelson,   Lynn Nelson,   107 Dempe Street,   McDonald, PA 15057-1362
13837734       +Amato Keating and Lessa, P.C.,   107 North Commerence Way, Suite 100,
                 Bethlehem, PA 18017-8913
13837735       +Amerifirst Home Improvement Company,   11171 Mill Valley Road,   Omaha, NE 68154-3933
13837737       +Arrow Financial Services (Providian),   c/o PRS,   PO Box 12914,   Norfolk, VA 23541-0914
13837744       +CBA Collection Bureau,   25954 Eden Landing Rd.,   Hayward, CA 94545-3837
13837745        CBCS (Applied Bank fka,   Cross Country,   PO Box 163250,   Columbus, OH 43216-3250
13837751       ++CREDIT PROTECTION ASSOCIATION LP,   PARKWAY CENTER V,   2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
                (address filed with court: Credit Protection Association,   1355 Noel Road,   Suite 2100,
                 Dallas, TX 75240)
13902265        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13837743       +Cash Call (Western Sky Financial),   PO Box 66007,   Anaheim, CA 92816-6007
13837746       +Cigna Health Care,   PO Box 182223,   Chattanooga, TN 37422-7223
13837747        Collection Service Center,   P.O. Box 560,   New Kensington, PA 15068-0560
13837749        Comenity Bank (Value Furniture),   c/o Delta Source Group, Inc.,   PO Box  1210,
                 O Fallon, MO 63366-9010
13867467       +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13837752        Cuzco Capital Investment (BMG),   c/o Dymamic Recovery Solutions,   PO Box 25759,
                 Greenville, SC 29616-0759
14113406        ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
13837754        Ehrlich,   PO Box 13848,   Reading, PA 19612-3848
13837762       +HSBC Bank,   PO Box 9,   Buffalo, NY 14240-0009
13837764       +JP Morgan Chase Bank,   PO Box 3711834,   Pittsburgh, PA 15250-0001
13837766       +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13837765        Klingensmith's Healthcare,   PO Box151,   Ford City, PA 16226-0151
13837771       +LTS Management Services,   2207 Concord Pike,   Wilmington, DE 19803-2908
13837772        LVNV Funding,   20 North Keyser Avenue,   Scranton, PA 18504
13837768       +Lakeview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   Mailstop MS5/521,
                 Coral Gables, FL 33146-1837
13827505        Litton Mortgage Service Center,   24 E Greenway Plaza #712,   Houston, TX 77046-2401
13837779       +Northland Group (Sprint Nextel),   PO Box 390846,   Minneapolis, MN 55439-0846
13837780       +Online Advance,   105 Robino Court. Suite 409,   Wilmington, DE 19804-2367
13837784       +PHEAA,   1200 North Seventh Street,   Harrisburg, PA 17102-1444
13844394       +PHEAA,   PO box 8147,   Harrisburg PA 17105-8147
13837783        Peoples Natural Gas,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
13837786       +Plain Green, LLC,   c/o Kramer & Associates,   401 Hackensak Avenue 9th Fl,
                 Hackensack, NJ 07601-6402
13837787        Receivable Management Services (Cigna),   77 Hartland Street,   Suite 401,   PO Box 280431,
                 East Hartford, CT 06128-0431
13837789       +SGQ,   PO Box 229,   Margaretville, NY 12455-0229
13837788        Scotts Lawn Service,   PO Box 742585,   Cincinnati, OH 45274-2585
13837791        Township of North Fayette,   400 North Branch Road,   Oakdale, PA 15071-3646
13867465       +Township of North Fayette,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13867466       +Township of North Fayette/West Allegheny SD,   c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13837794       +US National Bank Association,   7105 Corporate Drive,   Plano, TX 75024-4100
13837796        Wal-mart,   P.O. Box 504771,   Saint Louis, MO 63150-4771
13844152        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
13827507        Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341
13837798        West Allegheny School District,   c/o Jordan Tax Services,   102 Rahway Road,
                 Canonsburg, PA 15317-3349
13837799       +Western Allegheny County,   Municipal Authority,   403 Virginia Drive,   Oakdale, PA 15071-9105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13837732        E-mail/Text: amscbankruptcy@adt.com Jul 31 2019 03:23:11      ADT Security,   PO Box 371490,
                 Pittsburgh, PA 15250-7490
13834520        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 31 2019 03:21:03
                 Americredit Financial Services, Inc.,   PO Box 183853,   Arlington TX 76096
13837755        E-mail/Text: bnc@trustamerifirst.com Jul 31 2019 03:21:28      Federal Diversified Services,
                 4405 S 96th Street,   Omaha, NE 68127-1210
13837736        E-mail/Text: bnc-applied@quantum3group.com Jul 31 2019 03:22:43      Applied Bank,
                 PO Box 10210,   Wilmington, DE 19850
13837733        E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2019 03:20:46      Ally Financial,
                 P O Box 130424,   Roseville, MN 55113-0004
13830415        E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2019 03:20:46
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13840602       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 31 2019 03:21:03
                 AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853

District/off: 0315-2           User: jhel              Page 2 of 3              Date Rcvd: Jul 30, 2019
                               Form ID: pdf900          Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13837738       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 31 2019 03:23:18
                 Berks Credit & Collections,   900 Corporate Drive,   Reading, PA 19605-3340
13852321       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13837739       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:24:30     Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
13837740        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:24:30     Capital One,
                 PO Box 5253,   Carol Stream, IL 60197-5253
13827502       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 31 2019 03:23:53
                 Capital One Auto Finance,   P. O. Box 93016,   Long Beach, CA 90809-3016
13837741       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:25:16     Capital One Bank,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
13896809        E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:23:48     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13837750       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2019 03:23:43     Credit One,
                 PO Box 98873,   Las Vegas, NV 89193-8873
13837753       +E-mail/Text: brupt1@dteenergy.com Jul 31 2019 03:22:06     DTE Energy,
                 1 Energy Plaza # WCB2106,   Detroit, MI 48226-1221
14113406        E-mail/Text: ECMCBKNotices@ecmc.org Jul 31 2019 03:21:21     ECMC,   PO BOX 16408,
                 ST. PAUL MN 55116-0408
13837756        E-mail/Text: bankruptcy@firstenergycorp.com Jul 31 2019 03:22:14
                 First Engery (West Penn Power),   PO Box 3615,   Akron, OH 44309-3615
13837757       +E-mail/Text: bankruptcy@fncbinc.com Jul 31 2019 03:20:35     First National Collection Bureau,
                 610 Waltham Way,   Sparks, NV 89437-6695
13837758       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:24:17     GE Capital /Walmart,
                 PO Box 965024,   Orlando, FL 32896-5024
13837759        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:28     GEMB/Amazon,   P.O. Box 965015,
                 Orlando, FL 32896-5005
13827503        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 31 2019 03:21:03     GM Financial,
                 P.O. Box 78143,   Phoenix, AZ 85062-8143
13827504        E-mail/Text: cio.bncmail@irs.gov Jul 31 2019 03:20:56     Internal Revenue Service***,
                 PO Box 7346,   Philadelphia, PA 19101-7346
13837767       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2019 03:20:50     Kohls,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13903568        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:25:40
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13903563        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:24:44
                 LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13905299        E-mail/Text: camanagement@mtb.com Jul 31 2019 03:21:05     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
13827506        E-mail/Text: camanagement@mtb.com Jul 31 2019 03:21:05     M&T Bank,
                 1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203
13903003        E-mail/Text: bkr@cardworks.com Jul 31 2019 03:20:34     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13837774        E-mail/Text: bkr@cardworks.com Jul 31 2019 03:20:34     Merrick Bank,   10705 S. Jordan Gate,
                 Suite 200,   South Jordan, UT 84095
13837776       +E-mail/Text: egssupportservices@alorica.com Jul 31 2019 03:22:27     NCO Financial,
                 507 Prudential Road,   Horsham, PA 19044-2308
13837777        E-mail/Text: bankruptcydepartment@tsico.com Jul 31 2019 03:22:56     NCO Financial Systems,
                 P.O. Box 15740,   Wilmington, DE 19850-5740
13837778       +E-mail/Text: electronicbkydocs@nelnet.net Jul 31 2019 03:22:18     Nelnet,   P.O. Box 82561,
                 Lincoln, NE 68501-2561
13837781       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 03:21:45     PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
13893531        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:24:31
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13837785       +E-mail/Text: bankruptcypgl@plaingreenloans.com Jul 31 2019 03:22:46     Plain Green Loans,
                 Attn: Customer Support,   93 Mack Road, Suite 600,   PO Box 270,   Box Elder, MT 59521-0270
13897660        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:30
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13867657        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:30
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13837790        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2019 03:25:01     Springleaf Financial,
                 Waterford Place,   5888 Steubenville Pike Unit 1,   Mc Kees Rocks, PA 15136
13857010        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2019 03:23:53     Springleaf Financial Services,
                 P.O. Box 3251,   Evansville, IN  47731-3251
13837793        E-mail/Text: bdsupport@creditmanagementcompany.com Jul 31 2019 03:22:43
                 UPMC Tuition Benefit,   c/o Credit Management Company,   PO Box 16346,
                 Pittsburgh, PA 15242-0346
13852299       +E-mail/Text: electronicbkydocs@nelnet.net Jul 31 2019 03:22:18     US Department of Education,
                 c/o Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
13837795        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:36
                 Verizon,   PO Box 920041,   Dallas, TX 75392-0041
13827508       +E-mail/Text: bcoates@findlaytwp.org Jul 31 2019 03:23:10     West Allegheny School District,
                 c/o,   PO Box 395,   Clinton, PA 15026-0395

```
District/off: 0315-2          User: jhel          Page 3 of 3          Date Rcvd: Jul 30, 2019
                             Form ID: pdf900       Total Noticed: 86
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13894815         +E-mail/Text: bankruptcy@firstenergycorp.com Jul 31 2019 03:22:13    West Penn Power,
                  1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                         TOTAL: 45
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Lakeview Loan Servicing, LLC
cr             Township of North Fayette
cr             West Allegheny School District
13837775       MY Cash Now,   Hallmark Bldg,   227 Old Airport Road, The Valley,   Anguilla, BWI
13837782       PaydayMax,   Hallmark Bldg,   227 Old Airport Road, The Valley,   Anguilla, BWI
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*            ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
13837742*     +Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13837748*      Collection Service Center,   P.O. Box 560,   New Kensington, PA 15068-0560
13837760*      GEMB/Amazon,   P.O. Box 965015,   Orlando, FL 32896-5015
13837761*      GM Financial,   P.O. Box 78143,   Phoenix, AZ 85062-8143
13837763*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
13837770*     +Litton Mortgage Service Center,   24 E Greenway Plaza #712,   Houston, TX 77046-2401
13837769*      Litton Mortgage Service Center,   24 E Greenway Plaza #712,   Houston, TX 77046-2401
13837773*    ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
              (address filed with court:  M&T Bank,   1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203)
13837792*      Township of North Fayette,   400 North Branch Road,   Oakdale, PA 15071-3646
13837797*      Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341
                                                                    TOTALS: 6, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
```
              Andrew F Gornall   on behalf of Creditor   Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye   on behalf of Joint Debtor Lynn  Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye   on behalf of Debtor Ramon L. Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt   on behalf of Creditor   Township of North Fayette jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor   West Allegheny School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 9
```