UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:  
    RAMON L. NELSON  
    LYNN NELSON  
         Debtor(s)

Case No. 14-21354GLT

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/04/2014.

2) The plan was confirmed on 05/23/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 01/26/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/01/2019.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $67,510.47.

10) Amount of unsecured claims discharged without payment: $56,239.35.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $127,210.00 |
| Less amount refunded to debtor | $2,914.69 |

**NET RECEIPTS:** $124,295.31

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,220.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $9,120.06

Attorney fees paid and disclosed by debtor: $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SVCS++ | Unsecured | 37.24 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL(*) | Secured | 16,201.68 | 16,201.68 | 0.00 | 0.00 | 0.00 |
| AMAZON CREDIT CARD | Unsecured | 1,331.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Secured | 31,995.46 | 31,995.46 | 31,995.46 | 31,995.46 | 4,247.16 |
| AMERIFIRST HOME IMPROVEMENT I | Unsecured | 2,786.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES++ | Unsecured | 4,857.82 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 122.81 | 122.81 | 122.81 | 64.43 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY V LLC++ | Unsecured | 78.58 | 78.58 | 78.58 | 0.00 | 0.00 |
| CASHCALL INC(*) | Unsecured | 3,355.18 | NA | NA | 0.00 | 0.00 |
| CBCS++ | Unsecured | 1,694.63 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 510.00 | 510.00 | 510.00 | 267.55 | 0.00 |
| CERASTES LLC | Unsecured | 600.00 | 1,020.00 | 1,020.00 | 535.09 | 0.00 |
| CERASTES LLC | Unsecured | NA | 480.00 | 480.00 | 251.81 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 41.22 | 41.22 | 0.00 |
| COLLECTION BUREAU OF AMERICA | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 6,950.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 32,717.00 | 33,479.64 | 33,479.64 | 17,563.42 | 0.00 |
| EHRLICH PEST CONTROL | Unsecured | 200.47 | NA | NA | 0.00 | 0.00 |
| FEDERAL DIVERSIFIED SVCS++ | Unsecured | 2,979.00 | NA | NA | 0.00 | 0.00 |
| FIRST ENERGY/PA ELECTRIC CO/GPU | Unsecured | 814.39 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART DC++ | Unsecured | 257.58 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA++ | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 1,477.64 | 1,477.64 | 775.17 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 4,349.65 | 6,619.14 | 6,619.14 | 6,619.14 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JPMORGAN CHASE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KLINGENSMITH HEALTH CARE | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Priority | 0.00 | 565.00 | 0.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 218,150.00 | 230,044.98 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LTS MANAGEMENT SERVICES | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,759.00 | 872.99 | 872.99 | 457.97 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,331.00 | 1,373.84 | 1,373.84 | 720.72 | 0.00 |
| LVNV FUNDING++ | Secured | 1,771.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 649.83 | 577.23 | 577.23 | 302.81 | 0.00 |
| MYCASHNOW.COM++ | Unsecured | 1,709.48 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH FAYETTE TOWNSHIP | Secured | 563.85 | NA | NA | 0.00 | 0.00 |
| NORTH FAYETTE TOWNSHIP (TRASH | Secured | 158.36 | 390.15 | 0.00 | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Unsecured | 124.94 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY MAX | Unsecured | 2,170.75 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 818.71 | NA | NA | 0.00 | 0.00 |
| PLAIN GREEN LLC** | Unsecured | 1,300.38 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 331.48 | 300.00 | 300.00 | 157.38 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | 1,375.04 | 1,375.04 | 1,375.04 | 721.35 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MO | Unsecured | 1,694.00 | 1,694.63 | 1,694.63 | 889.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MO | Unsecured | 596.52 | 753.42 | 753.42 | 395.24 | 0.00 |
| RECEIVABLE MANAGEMENT SERVIC | Unsecured | 10,049.52 | NA | NA | 0.00 | 0.00 |
| SCOTTS LAWN SERVICE | Unsecured | 109.14 | NA | NA | 0.00 | 0.00 |
| SGQ LTD++ | Unsecured | 1,285.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES I | Secured | 2,626.64 | 2,600.25 | 2,600.02 | 2,600.02 | 154.42 |
| US DEPARTMENT OF EDUCATION | Unsecured | 26,499.00 | 26,924.08 | 26,924.08 | 14,124.37 | 0.00 |
| US NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,468.54 | NA | NA | 0.00 | 0.00 |
| W ALLEG COUNTY MUNIC AUTHORI | Secured | 407.32 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK DBA WELLS F/ | Secured | 24,047.97 | 24,538.48 | 24,538.48 | 24,538.48 | 3,209.87 |
| WEST ALLEGHENY SD & N FAYETTE | Priority | 12,456.26 | 18,991.34 | 4,181.32 | 4,181.32 | 0.00 |
| WEST PENN POWER* | Unsecured | NA | 689.77 | 689.77 | 361.85 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $56,533.94 | $56,533.94 | $7,457.03 |
| All Other Secured | $2,600.02 | $2,600.02 | $154.42 |
| **TOTAL SECURED:** | **$59,133.96** | **$59,133.96** | **$7,611.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,841.68 | $10,841.68 | $0.00 |
| **TOTAL PRIORITY:** | **$10,841.68** | **$10,841.68** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$71,729.67** | **$37,588.16** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $9,120.06 |
| Disbursements to Creditors | $115,175.25 |
| **TOTAL DISBURSEMENTS:** | **$124,295.31** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2019         By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**