**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ramon L. Nelson** | Social Security number or ITIN **xxx–xx–6069** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lynn Nelson** | Social Security number or ITIN **xxx–xx–9652** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–21354–GLT**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ramon L. Nelson                                         Lynn Nelson

9/18/19                          **By the court:**   Gregory L. Taddonio
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                 Case No. 14-21354-GLT
Ramon L. Nelson                                                        Chapter 13
Lynn Nelson
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                   Page 1 of 3              Date Rcvd: Sep 18, 2019
                              Form ID: 3180W               Total Noticed: 87


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb         +Ramon L. Nelson,    Lynn Nelson,   107 Dempe Street,    McDonald, PA 15057-1362
13837734       +Amato Keating and Lessa, P.C.,   107 North Commerence Way, Suite 100,
                 Bethlehem, PA 18017-8913
13837735       +Amerifirst Home Improvement Company,    11171 Mill Valley Road,    Omaha, NE 68154-3933
13837737       +Arrow Financial Services (Providian),    c/o PRS,    PO Box 12914,    Norfolk, VA 23541-0914
13837744       +CBA Collection Bureau,    25954 Eden Landing Rd.,    Hayward, CA 94545-3837
13837745        CBCS (Applied Bank fka,    Cross Country,    PO Box 163250,    Columbus, OH 43216-3250
13837743       +Cash Call (Western Sky Financial),    PO Box 66007,    Anaheim, CA 92816-6007
13837746       +Cigna Health Care,    PO Box 182223,   Chattanooga, TN 37422-7223
13837747        Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
13837749        Comenity Bank (Value Furniture),    c/o Delta Source Group, Inc.,    PO Box  1210,
                 O Fallon, MO 63366-9010
13867467       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13837752        Cuzco Capital Investment (BMG),   c/o Dymamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
13837754        Ehrlich,    PO Box 13848,   Reading, PA 19612-3848
13837764       +JP Morgan Chase Bank,    PO Box 3711834,    Pittsburgh, PA 15250-0001
13837766       +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13837765        Klingensmith's Healthcare,    PO Box151,    Ford City, PA 16226-0151
13837771       +LTS Management Services,    2207 Concord Pike,    Wilmington, DE 19803-2908
13837772        LVNV Funding,    20 North Keyser Avenue,    Scranton, PA 18504
13837768       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mailstop MS5/521,
                 Coral Gables, FL 33146-1837
13827505        Litton Mortgage Service Center,    24 E Greenway Plaza #712,    Houston, TX 77046-2401
13837779       +Northland Group (Sprint Nextel),    PO Box 390846,    Minneapolis, MN 55439-0846
13837780       +Online Advance,    105 Robino Court. Suite 409,    Wilmington, DE 19804-2367
13837784       +PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
13844394       +PHEAA,    PO box 8147,    Harrisburg PA 17105-8147
13837783        Peoples Natural Gas,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
13837786       +Plain Green, LLC,    c/o Kramer & Associates,    401 Hackensak Avenue 9th Fl,
                 Hackensack, NJ 07601-6402
13837787        Receivable Management Services (Cigna),    77 Hartland Street,    Suite 401,    PO Box 280431,
                 East Hartford, CT 06128-0431
13837789       +SGQ,    PO Box 229,    Margaretville, NY 12455-0229
13837788        Scotts Lawn Service,    PO Box 742585,    Cincinnati, OH 45274-2585
13837791        Township of North Fayette,    400 North Branch Road,    Oakdale, PA 15071-3646
13867465       +Township of North Fayette,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13867466       +Township of North Fayette/West Allegheny SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13837794       +US National Bank Association,    7105 Corporate Drive,    Plano, TX 75024-4100
13837796        Wal-mart,    P.O. Box 504771,   Saint Louis, MO 63150-4771
13837798        West Allegheny School District,    c/o Jordan Tax Services,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13837799       +Western Allegheny County,    Municipal Authority,    403 Virginia Drive,    Oakdale, PA 15071-9105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:39      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13837732        E-mail/Text: amscbankruptcy@adt.com Sep 19 2019 03:29:20      ADT Security,    PO Box 371490,
                 Pittsburgh, PA 15250-7490
13834520        EDI: PHINAMERI.COM Sep 19 2019 06:48:00      Americredit Financial Services, Inc.,
                 PO Box 183853,    Arlington TX 76096
13837755        E-mail/Text: bnc@trustamerifirst.com Sep 19 2019 03:27:26      Federal Diversified Services,
                 4405 S 96th Street,    Omaha, NE 68127-1210
13837736        EDI: APPLIEDBANK.COM Sep 19 2019 06:48:00      Applied Bank,    PO Box 10210,
                 Wilmington, DE 19850
13837733        EDI: GMACFS.COM Sep 19 2019 06:48:00      Ally Financial,   P O Box 130424,
                 Roseville, MN 55113-0004
13830415        EDI: GMACFS.COM Sep 19 2019 06:48:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
13840602       +EDI: PHINAMERI.COM Sep 19 2019 06:48:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
13837738        E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 19 2019 03:29:31       Berks Credit & Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
13852321       +E-mail/Text: bncmail@w-legal.com Sep 19 2019 03:28:25      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13837751       +EDI: CREDPROT.COM Sep 19 2019 06:48:00      Credit Protection Association,    1355 Noel Road,
                 Suite 2100,    Dallas, TX 75240
13837739       +EDI: CAPITALONE.COM Sep 19 2019 06:48:00      Capital  One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
```

```
District/off: 0315-2                  User: culy                    Page 2 of 3                   Date Rcvd: Sep 18, 2019
                                      Form ID: 3180W                Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13837740       EDI: CAPITALONE.COM Sep 19 2019 06:48:00      Capital One,    PO Box 5253,
                Carol Stream, IL 60197-5253
13827502      +EDI: CAPONEAUTO.COM Sep 19 2019 06:48:00      Capital One Auto Finance,    P. O. Box 93016,
                Long Beach, CA 90809-3016
13837741      +EDI: CAPITALONE.COM Sep 19 2019 06:48:00      Capital One Bank,    PO Box 30281,
                Salt Lake City, UT 84130-0281
13902265       EDI: BL-BECKET.COM Sep 19 2019 06:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
13896809       EDI: RECOVERYCORP.COM Sep 19 2019 06:48:00      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13837750      +EDI: RCSFNBMARIN.COM Sep 19 2019 06:48:00      Credit One,    PO Box 98873,
                Las Vegas, NV 89193-8873
13837753      +EDI: DTEE.COM Sep 19 2019 06:48:00      DTE Energy,    1 Energy Plaza # WCB2106,
                Detroit, MI 48226-1221
14113406       EDI: ECMC.COM Sep 19 2019 06:48:00      ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13837756       E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2019 03:28:16
                First Engery (West Penn Power),    PO Box 3615,    Akron, OH 44309-3615
13837757      +E-mail/Text: bankruptcy@fncbinc.com Sep 19 2019 03:26:45      First National Collection Bureau,
                610 Waltham Way,    Sparks, NV 89437-6695
13837758      +EDI: RMSC.COM Sep 19 2019 06:48:00      GE Capital /Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
13837759       EDI: RMSC.COM Sep 19 2019 06:48:00      GEMB/Amazon,    P.O. Box 965015,    Orlando, FL 32896-5005
13827503       EDI: PHINAMERI.COM Sep 19 2019 06:48:00      GM Financial,    P.O. Box 78143,
                Phoenix, AZ 85062-8143
13837762      +EDI: HFC.COM Sep 19 2019 06:48:00      HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
13827504       EDI: IRS.COM Sep 19 2019 06:48:00      Internal Revenue Service***,    PO Box 7346,
                Philadelphia, PA 19101-7346
13837767      +E-mail/Text: bncnotices@becket-lee.com Sep 19 2019 03:27:04       Kohls,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
13903568       EDI: RESURGENT.COM Sep 19 2019 06:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,     Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13903563       EDI: RESURGENT.COM Sep 19 2019 06:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Capital One Bank (USA), N.A.,     Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13905299       E-mail/Text: camanagement@mtb.com Sep 19 2019 03:27:15      Lakeview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
13827506       E-mail/Text: camanagement@mtb.com Sep 19 2019 03:27:15      M&T Bank,
                1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13903003       EDI: MERRICKBANK.COM Sep 19 2019 06:48:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
13837774       EDI: MERRICKBANK.COM Sep 19 2019 06:48:00      Merrick Bank,    10705 S. Jordan Gate,    Suite 200,
                South Jordan, UT 84095
13837776      +E-mail/Text: egssupportservices@alorica.com Sep 19 2019 03:28:27       NCO Financial,
                507 Prudential Road,    Horsham, PA 19044-2308
13837777       E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2019 03:29:01       NCO Financial Systems,
                P.O. Box 15740,    Wilmington, DE 19850-5740
13837778      +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2019 03:28:20      Nelnet,    P.O. Box 82561,
                Lincoln, NE 68501-2561
13837781      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:39       PA Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13893531       EDI: PRA.COM Sep 19 2019 06:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
13837785      +E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 19 2019 03:28:49       Plain Green Loans,
                Attn: Customer Support,    93 Mack Road, Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
13897660       EDI: Q3G.COM Sep 19 2019 06:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
13867657       EDI: Q3G.COM Sep 19 2019 06:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
13837790       EDI: AGFINANCE.COM Sep 19 2019 06:48:00      Springleaf Financial,    Waterford Place,
                5888 Steubenville Pike Unit 1,    Mc Kees Rocks, PA 15136
13857010       EDI: AGFINANCE.COM Sep 19 2019 06:48:00      Springleaf Financial Services,    P.O. Box 3251,
                Evansville, IN  47731-3251
13837793       E-mail/Text: bdsupport@creditmanagementcompany.com Sep 19 2019 03:28:45
                UPMC Tuition Benefit,    c/o Credit Management Company,    PO Box 16346,
                Pittsburgh, PA 15242-0346
13852299      +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2019 03:28:20      US Department of Education,
                c/o Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13837795       EDI: VERIZONCOMB.COM Sep 19 2019 06:48:00      Verizon,    PO Box 920041,    Dallas, TX 75392-0041
13844152       EDI: WFFC.COM Sep 19 2019 06:48:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                Irvine, CA 92623-9657
13827507       EDI: WFFC.COM Sep 19 2019 06:48:00      Wells Fargo Dealer Services,    P.O. Box 25341,
                Santa Ana, CA 92799-5341
13827508      +E-mail/Text: bcoates@findlaytwp.org Sep 19 2019 03:29:20      West Allegheny School District,
                c/o,    PO Box 395,    Clinton, PA 15026-0395
13894815      +E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2019 03:28:16       West Penn Power,
                1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 51
```

```
District/off: 0315-2          User: culy                Page 3 of 3             Date Rcvd: Sep 18, 2019
                              Form ID: 3180W            Total Noticed: 87
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Lakeview Loan Servicing, LLC
cr              Township of North Fayette
cr              West Allegheny School District
13837775        MY Cash Now,    Hallmark Bldg,    227 Old Airport Road, The Valley,    Anguilla, BWI
13837782        PaydayMax,    Hallmark Bldg,    227 Old Airport Road, The Valley,    Anguilla, BWI
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13837742*      +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13837748*       Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
13837760*       GEMB/Amazon,    P.O. Box 965015,    Orlando, FL 32896-5015
13837761*       GM Financial,    P.O. Box 78143,    Phoenix, AZ 85062-8143
13837763*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13837770*      +Litton Mortgage Service Center,    24 E Greenway Plaza #712,    Houston, TX 77046-2401
13837769*       Litton Mortgage Service Center,    24 E Greenway Plaza #712,    Houston, TX 77046-2401
13837773*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,   1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203)
13837792*       Township of North Fayette,    400 North Branch Road,    Oakdale, PA 15071-3646
13837797*       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
                                                                                 TOTALS: 6, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor Lynn  Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Ramon L. Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 9
```