IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/18/19 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RAMON L. NELSON
LYNN NELSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-21354

Chapter 13

Related to Dkt. No. 70

ORDER OF COURT

AND NOW, this 18th Day of September, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ramon L. Nelson
Lynn Nelson
    Debtors

Case No. 14-21354-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy        Page 1 of 3        Date Rcvd: Sep 18, 2019
                          Form ID: pdf900    Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db/jdb          +Ramon L. Nelson,    Lynn Nelson,    107 Dempe Street,    McDonald, PA 15057-1362
13837734        +Amato Keating and Lessa, P.C.,    107 North Commerence Way, Suite 100,
                  Bethlehem, PA 18017-8913
13837735        +Amerifirst Home Improvement Company,    11171 Mill Valley Road,    Omaha, NE 68154-3933
13837737        +Arrow Financial Services (Providian),    c/o PRS,    PO Box 12914,    Norfolk, VA 23541-0914
13837744        +CBA Collection Bureau,    25954 Eden Landing Rd.,    Hayward, CA 94545-3837
13837745         CBCS (Applied Bank fka,    Cross Country,    PO Box 163250,    Columbus, OH 43216-3250
13837751       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                  PLANO TX 75093-4805
                (address filed with court: Credit Protection Association,    1355 Noel Road,    Suite 2100,
                  Dallas, TX 75240)
13902265         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13837743        +Cash Call (Western Sky Financial),    PO Box 66007,    Anaheim, CA 92816-6007
13837746        +Cigna Health Care,    PO Box 182223,    Chattanooga, TN 37422-7223
13837747         Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
13837749         Comenity Bank (Value Furniture),    c/o Delta Source Group, Inc.,    PO Box 1210,
                  O Fallon, MO 63366-9010
13867467        +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13837752         Cuzco Capital Investment (BMG),    c/o Dymamic Recovery Solutions,    PO Box 25759,
                  Greenville, SC 29616-0759
14113406         ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13837754         Ehrlich,    PO Box 13848,    Reading, PA 19612-3848
13837762        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
13837764        +JP Morgan Chase Bank,    PO Box 3711834,    Pittsburgh, PA 15250-0001
13837766        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13837765         Klingensmith's Healthcare,    PO Box151,    Ford City, PA 16226-0151
13837771        +LTS Management Services,    2207 Concord Pike,    Wilmington, DE 19803-2908
13837772         LVNV Funding,    20 North Keyser Avenue,    Scranton, PA 18504
13837768        +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mailstop MS5/521,
                  Coral Gables, FL 33146-1837
13827505         Litton Mortgage Service Center,    24 E Greenway Plaza #712,    Houston, TX 77046-2401
13837779        +Northland Group (Sprint Nextel),    PO Box 390846,    Minneapolis, MN 55439-0846
13837780        +Online Advance,    105 Robino Court. Suite 409,    Wilmington, DE 19804-2367
13837784        +PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
13844394        +PHEAA,    PO box 8147,    Harrisburg PA 17105-8147
13837783         Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13837786        +Plain Green, LLC,    c/o Kramer & Associates,    401 Hackensak Avenue 9th Fl,
                  Hackensack, NJ 07601-6402
13837787         Receivable Management Services (Cigna),    77 Hartland Street,    Suite 401,    PO Box 280431,
                  East Hartford, CT 06128-0431
13837789        +SGQ,    PO Box 229,    Margaretville, NY 12455-0229
13837788         Scotts Lawn Service,    PO Box 742585,    Cincinnati, OH 45274-2585
13837791         Township of North Fayette,    400 North Branch Road,    Oakdale, PA 15071-3646
13867465        +Township of North Fayette,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13867466        +Township of North Fayette/West Allegheny SD,    c/o Goehring Rutter & Boehm,
                  437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13837794        +US National Bank Association,    7105 Corporate Drive,    Plano, TX 75024-4100
13837796         Wal-mart,    P.O. Box 504771,    Saint Louis, MO 63150-4771
13844152         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13827507         Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
13837798         West Allegheny School District,    c/o Jordan Tax Services,    102 Rahway Road,
                  Canonsburg, PA 15317-3349
13837799        +Western Allegheny County,    Municipal Authority,    403 Virginia Drive,    Oakdale, PA 15071-9105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13837732         E-mail/Text: amscbankruptcy@adt.com Sep 19 2019 03:29:20      ADT Security,    PO Box 371490,
                  Pittsburgh, PA 15250-7490
13834520         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13
                  Americredit Financial Services, Inc.,    PO Box 183853,    Arlington TX 76096
13837755         E-mail/Text: bnc@trustamerifirst.com Sep 19 2019 03:27:26      Federal Diversified Services,
                  4405 S 96th Street,    Omaha, NE 68127-1210
13837736         E-mail/Text: bnc-applied@quantum3group.com Sep 19 2019 03:28:43      Applied Bank,
                  PO Box 10210,    Wilmington, DE 19850
13837733         E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2019 03:26:57      Ally Financial,
                  P O Box 130424,    Roseville, MN 55113-0004
13830415         E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2019 03:26:57
                  Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13840602        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13
                  AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
```

```
District/off: 0315-2               User: culy                 Page 2 of 3                 Date Rcvd: Sep 18, 2019
                                   Form ID: pdf900            Total Noticed: 86

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13837738      +E-mail/Text: EBN_Greensburg@Receivemoremp.com Sep 19 2019 03:29:31
               Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13852321      +E-mail: bncmail@w-legal.com Sep 19 2019 03:28:25     CERASTES, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13837739      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:19:59     Capital  One,
               PO Box 30281,    Salt Lake City, UT 84130-0281
13837740       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:19:59     Capital One,
               PO Box 5253,   Carol Stream, IL 60197-5253
13827502      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 19 2019 03:18:51
               Capital One Auto Finance,    P. O. Box 93016,   Long Beach, CA 90809-3016
13837741      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:18:39     Capital One Bank,
               PO Box 30281,    Salt Lake City, UT 84130-0281
13896809       E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2019 03:18:48     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13837750      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2019 03:20:11     Credit One,
               PO Box 98873,   Las Vegas, NV 89193-8873
13837753      +E-mail/Text: brupt1@dteenergy.com Sep 19 2019 03:28:07     DTE Energy,
               1 Energy Plaza # WCB2106,    Detroit, MI 48226-1221
13837756       E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2019 03:28:14
               First Engery (West Penn Power),    PO Box 3615,    Akron, OH 44309-3615
13837757      +E-mail/Text: bankruptcy@fncbinc.com Sep 19 2019 03:26:45     First National Collection Bureau,
               610 Waltham Way,    Sparks, NV 89437-6695
13837758      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:21:25     GE Capital /Walmart,
               PO Box 965024,   Orlando, FL 32896-5024
13837759       E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:21:25     GEMB/Amazon,    P.O. Box 965015,
               Orlando, FL 32896-5005
13827503       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13     GM Financial,
               P.O. Box 78143,    Phoenix, AZ 85062-8143
13827504       E-mail/Text: cio.bncmail@irs.gov Sep 19 2019 03:27:09     Internal Revenue Service***,
               PO Box 7346,   Philadelphia, PA 19101-7346
13837767      +E-mail/Text: bncnotices@becket-lee.com Sep 19 2019 03:27:03     Kohls,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
13903568       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:54
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13903563       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:55
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13905299       E-mail/Text: camanagement@mtb.com Sep 19 2019 03:27:15     Lakeview Loan Servicing, LLC,
               c/o M&T Bank,    P.O. Box 1288,   Buffalo, NY 14240-1288
13827506       E-mail/Text: camanagement@mtb.com Sep 19 2019 03:27:15     M&T Bank,
               1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13903003       E-mail/Text: bkr@cardworks.com Sep 19 2019 03:26:44     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13837774       E-mail/Text: bkr@cardworks.com Sep 19 2019 03:26:44     Merrick Bank,    10705 S. Jordan Gate,
               Suite 200,    South Jordan, UT 84095
13837776      +E-mail/Text: egssupportservices@alorica.com Sep 19 2019 03:28:27     NCO Financial,
               507 Prudential Road,    Horsham, PA 19044-2308
13837777       E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2019 03:29:01     NCO Financial Systems,
               P.O. Box 15740,    Wilmington, DE 19850-5740
13837778      +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2019 03:28:20     Nelnet,    P.O. Box 82561,
               Lincoln, NE 68501-2561
13837781      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:34     PA Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
13893531       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:20:04
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13837785      +E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 19 2019 03:28:48     Plain Green Loans,
               Attn: Customer Support,    93 Mack Road, Suite 600,    PO Box 270,   Box Elder, MT 59521-0270
13897660       E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2019 03:27:27
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
13867657       E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2019 03:27:27
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13837790       E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 03:19:53     Springleaf Financial,
               Waterford Place,    5888 Steubenville Pike Unit 1,    Mc Kees Rocks, PA 15136
13857010       E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 03:21:22     Springleaf Financial Services,
               P.O. Box 3251,    Evansville, IN  47731-3251
13837793       E-mail/Text: bdsupport@creditmanagementcompany.com Sep 19 2019 03:28:45
               UPMC Tuition Benefit,    c/o Credit Management Company,    PO Box 16346,
               Pittsburgh, PA 15242-0346
13852299      +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2019 03:28:20     US Department of Education,
               c/o Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13837795       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2019 03:26:46
               Verizon,    PO Box 920041,   Dallas, TX 75392-0041
13827508      +E-mail/Text: bcoates@findlaytwp.org Sep 19 2019 03:29:20     West Allegheny School District,
               c/o,    PO Box 395,   Clinton, PA 15026-0395
13894815      +E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2019 03:28:14     West Penn Power,
               1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 44
```

```
District/off: 0315-2            User: culy              Page 3 of 3             Date Rcvd: Sep 18, 2019
                                Form ID: pdf900        Total Noticed: 86


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Lakeview Loan Servicing, LLC
cr              Township of North Fayette
cr              West Allegheny School District
13837775        MY Cash Now,    Hallmark Bldg,    227 Old Airport Road, The Valley,    Anguilla, BWI
13837782        PaydayMax,    Hallmark Bldg,    227 Old Airport Road, The Valley,    Anguilla, BWI
cr*            +Americredit Financial Services, Inc. dba GM Financ,     PO Box 183853,   Arlington, TX 76096-3853
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13837742*      +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13837748*       Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
13837760*       GEMB/Amazon,    P.O. Box 965015,    Orlando, FL 32896-5015
13837761*       GM Financial,    P.O. Box 78143,    Phoenix, AZ 85062-8143
13837763*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13837770*      +Litton Mortgage Service Center,     24 E Greenway Plaza #712,    Houston, TX 77046-2401
13837769*       Litton Mortgage Service Center,     24 E Greenway Plaza #712,    Houston, TX 77046-2401
13837773*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,     626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,     1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203)
13837792*       Township of North Fayette,    400 North Branch Road,    Oakdale, PA 15071-3646
13837797*       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
                                                                                             TOTALS: 6, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor Lynn  Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Ramon L. Nelson chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 9
```